UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LONA ALDRICH,

       Petitioner,                                Civil Action No. 12-cv-13709
                                                  HON. BERNARD A. FRIEDMAN
vs.                                                 MAG. JUDGE PAUL J. KOMIVES

MILLICENT WARREN,

       Respondent.
_____/

## MEMORANDUM OPINION AND ORDER

       This matter is before the Court on Magistrate Judge Paul J. Komives's Report and Recommendation ("R&R") dated June 17, 2013 [docket entry 12], in which he recommends that the Court deny the petition for a writ of habeas corpus and decline to issue a certificate of appealability. Plaintiff has not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

       The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons.

       Accordingly,

       IT IS ORDERED that Magistrate Judge Paul J. Komives's Report and Recommendation dated June 17, 2013, is hereby accepted and adopted.

       IT IS FURTHER ORDERED that the petition for a writ of habeas corpus is denied.

       IT IS FURTHER ORDERED that no certificate of appealability shall issue.

Dated: July 10, 2013                        S/ Bernard A. Friedman_____
       Detroit, Michigan                  BERNARD A. FRIEDMAN
                                                  SENIOR UNITED STATES DISTRICT JUDGE