UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LONA ALDRICH,

    Petitioner,　　　　　　　　　　　Civil Action No. 12-cv-13709
　　　　　　　　　　　　　　　　　　　　　HON. BERNARD A. FRIEDMAN
vs.　　　　　　　　　　　　　　　　　　　MAG. JUDGE PAUL J. KOMIVES

MILLICENT WARREN,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Bernard A. Friedman, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on July 10, 2013.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is DENIED.

Dated at Detroit, Michigan, this 10th, day of July, 2013.

　　　　　　　　　　　　　　　　　　　　　DAVID J. WEAVER
　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

APPROVED:
　　　　　　　　　　　　　　　　　　　　　BY:　Carol L. Mullins
　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

S/ Bernard A. Friedman_____
HON. BERNARD A. FRIEDMAN
UNITED STATES DISTRICT JUDGE